# Court of Appeals
# of the State of Georgia

ATLANTA, February 10, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0114.  KERRIC BENNETT v. AMERICAN HOME MORTGAGE SERVICING, INC.**

The above-referenced appeal was docketed with this Court on September 10, 2013, and the Appellant's brief was due to be filed on September 30, 2013. *See* Court of Appeals Rule 22 (a). Not having received the Appellant's brief or a request for an extension to file same, pursuant to Court of Appeals Rule 13, this appeal is ***DISMISSED***.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, 02/10/2014
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*